[Dntcpsca] [District Notice Scheduling Pretrial/Status Conference Adversary]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:15−bk−10162−CPM |
| | Chapter 13 |
| Karl Dudley Crawford | |
| Cheryl Annette Crawford | |
| _____Debtor*_____/ | |
| Mark Rediger | |
| Colleen Rediger | |
| Plaintiff* | |
| vs. | Adv. Pro. No. 8:16−ap−00559−CPM |
| Karl Dudley Crawford | |
| _____Defendant*_____/ | |

NOTICE SCHEDULING PRETRIAL/STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A Pretrial/Status Conference will be held in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on January 23, 2017, at 11:00 AM , before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge.

2. All pending motions, other than Motions for Summary Judgment, may be heard at the Pretrial/Status Conference.

3. Parties are reminded to comply with all requirements of Local Rule 7001−1.

4. Avoid Delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure, a photo ID is required for entry into the courthouse.

Dated: November 4, 2016

FOR THE COURT
Lee Ann Bennett , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.