

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/06/2017 10:00 AM

COURTROOM  8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:15-bk-10162-CPM** | Chapter 13 | 08/24/2016 |
| **ADVERSARY:** 8:16-ap-00559-CPM | **Pltf Atty:** | Michael A Nardella |
| | **Dft Atty:** | Roberto D DeLeon |
| **DEBTOR:** | Karl Dudley Crawford and Cheryl Annette Crawford | |

**HEARING:**

Rediger et al v. Crawford

CONTINUED PRETRIAL CONFERENCE (ANSWER   Doc #7)
.

**APPEARANCES:**:
ROBERT DELEON; MICHAEL NARDELLA; JOHN BRINSON...

**RULING:**
CONTINUED PRETRIAL CONFERENCE (ANSWER   Doc #7).. CONT TO 5/8/17 AT 11:00 AM; PROVIDE DOCUMENTS OR FILE MOTION PROTECTIVE ORDER IN 14 DAYS...ORDER BY NARDELLA...SEND TO REGULAR MEDIATION; 7 DAYS TO SELECT; MEDIATION NOT TO BEGIN BEFORE 3/24/17 AND TO COMPLETE BY 4/28/17...CHAMBERS TO ENTER MEDIATION ORDER....

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.