United States Bankruptcy Court
Middle District of Florida

Rediger,
    Plaintiff

Crawford,
    Defendant

Adv. Proc. No. 16-00559-CPM

## CERTIFICATE OF NOTICE

District/off: 113A-8      User: manel      Page 1 of 1      Date Rcvd: Mar 14, 2017
                       Form ID: pdfdoc      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2017.
pla      +Colleen Rediger,    c/o Nardella & Nardella, PLLC,    250 E. Colonial Dr, Ste 102,    Orlando, FL 32801-1231
dft      +Karl Dudley Crawford,    13905 Noble Park Drive,    Odessa, FL 33556-1768
pla      +Mark Rediger,    c/o Nardella & Nardella, PLLC,    250 E. Colonial Dr, Ste 102,    Orlando, FL 32801-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2017 at the address(es) listed below:
         Michael A Nardella    on behalf of Plaintiff Colleen  Rediger mnardella@nardellalaw.com, afebres@nardellalaw.com;msayne@nardellalaw.com
         Michael A Nardella    on behalf of Plaintiff Mark  Rediger mnardella@nardellalaw.com, afebres@nardellalaw.com;msayne@nardellalaw.com
         Roberto D DeLeon    on behalf of Defendant Karl Dudley Crawford robert@deleon-law.com
     TOTAL: 3

ORDERED.

Dated:  March 14, 2017

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Karl Dudley Crawford and
Cheryl Annette Crawford,

    Debtors.                              /

Mark Rediger and
Colleen Rediger,

    Plaintiffs,
v.

Karl Dudley Crawford and
Cheryl Annette Crawford,

    Defendants.
_____/

Case No. 8:15-bk-10162-CPM

Chapter 13

Adv. No. 8:16-ap-00559-CPM

## ORDER DIRECTING MEDIATION

THIS PROCEEDING came on for hearing on March 6, 2017, for a pretrial conference.  For the reasons stated orally and recorded in open court that shall constitute the decision of the Court, the Court finds that the dispute between the parties could possibly be resolved through mediation.  Therefore, it is

**ORDERED**:

1. The parties' dispute is directed to mediation, in accordance with M.D. Fla. L.B.R. 9019-2.

2. The parties shall have seven days to mutually select a mediator and provide the Court the name of the agreed mediator by filing a notice of selection of mediator with the Court.

3. The Mediator shall be entitled to compensation at the Mediator's normal hourly rate to be paid equally by the parties. The Mediator may require that the parties pay all or some portion of the Mediator's fee before the mediation conference.

4. Each party or its representative with full authority to settle without further consultation shall attend the mediation with counsel, if any. Telephonic appearance may be authorized in advance by the Mediator, at the Mediator's discretion. If an impasse is reached with respect to the mediation as a result of the failure of a party to comply with this requirement, such party may be liable for sanctions to include payment of all fees incurred by the other parties to this proceeding in connection with the mediation.

5. The mediation conference shall not begin before March 24, 2017, and shall be completed by April 28, 2017.

6. This Court requests that within five days following the conclusion of the mediation the Mediator file a Mediator's Report and Completion of Mediation indicating whether the proceeding/matters settled, was continued with the consent of the parties, or whether the Mediator was forced to declare an impasse.

Service by CM/ECF only.