

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/08/2017 11:00 AM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:15-bk-10162-CPM | Chapter 13 | 08/24/2016 |
| ADVERSARY:  8:16-ap-00559-CPM | | **Pltf Atty:**  Michael A Nardella |
| | | **Dft Atty:**  Roberto D DeLeon |
| **DEBTOR:** | Karl Dudley Crawford and Cheryl Annette Crawford | |

**HEARING:**

Rediger et al v. Crawford

CONTINUED PRETRIAL CONFERENCE (ANSWER   Doc #7)
Note:   Cont'd from 3/6/17.   Order Directing Mediation entered 3/14/17.   Parties to complete mediation by 4/28/17
.

**APPEARANCES:**:
ROBERT DELEON..

**RULING:**
CONTINUED PRETRIAL CONFERENCE (ANSWER   Doc #7).. SETTLEMENT ANNOUNCED; IF DOCUMENTS NOT FILED IN 60 DAYS COURT WILL SET A STATUS CONFERENCE...

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.